UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>     Plaintiffs,<br>  v.<br><br>NORTH COAST IRON CORP, a Washington Corporation, UBI No. 603241293, Contractor's License No. NORTHCI887PN; and IRONSHORE INDEMNITY INC., BOND NO. SUR40009296;<br><br>     Defendants. | NO. 19-MC-101-RSL<br><br>**ORDER DIRECTING ENTRY OF STIPULATED JUDGMENT** |

<u>JUDGMENT SUMMARY</u>

Judgment Creditors:  BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



| | | |
|---|---|---|
| 1 | | IRONWORKERS & EMPLOYERS |
| 2 | | APPRENTICESHIP & TRAINING TRUST FUND |

Judgment Debtor: NORTH COAST IRON CORP, a Washington Corporation, UBI No. 603241293, Contractor's License No. NORTHCI887PN; and Ironshore Indemnity Inc., BOND NO. SUR40009296

AMOUNTS DUE

| | |
|---|---|
| Contributions | $637,924.76 |
| Liquidated Damages: | $239,035.77 |
| Interest: | $ 83,546.93 |
| Fees and Costs: | $ 49,319.29 |
| TOTAL: | $1,009,826.75 |

The Contributions Portion of the Judgment Amount Shall Bear Interest at 18% per annum.

Attorney fees, costs and other recovery amounts shall bear interest at 12% per annum.

Attorney for Judgment Creditors:   Noelle E. Dwarzski
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.

Attorney for Judgment Debtors:   Mark J. Lee
BROWNLIE WOLF & LEE, LLP

This is an action for collection of unpaid contributions and late fees in accordance with ERISA Sections 502(a)(3) and 515, § § 29 U.S.C. 1132(a)(3) and 1145. In accordance with the parties' stipulated motion, the Clerk of Court is directed to enter judgment against North Coast Iron Corp. in the following amounts:

| | |
|---|---|
| Contributions | $637,924.76 |
| Liquidated Damages: | $239,035.77 |
| Interest: | $ 83,546.93 |
| Fees and Costs: | $ 49,319.29 |
| TOTAL: | $1,009,826.75 |

ORDER DIRECTING ENTRY OF
STIPULATED JUDGMENT – 2



Dated this 7th day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY OF
STIPULATED JUDGMENT – 3

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

